UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
)
STEPHEN R. LEVINSON; RICHARD E. )
LAYTON; and DR. R. LAYTON P.A. 401(K) )
PLAN, individually and on behalf of all )
others similarly-situated, )
) 3:09-cv-269 (VLB)
Plaintiffs, )
)
v. )
)
WESTPORT NATIONAL BANK, )
)
Defendant. )
---------------------------------------------------------------X

**CONSENTED MOTION FOR PRELIMINARY APPROVAL
OF CLASS SETTLEMENT; APPROVAL OF FORM AND CONTENT OF NOTICE TO
CLASS MEMBERS; SETTING THE OBJECTION DEADLINE; SCHEDULING THE
FINAL FAIRNESS HEARING; APPOINTING WHATLEY KALLAS, LLP AS CLASS
COUNSEL; PRELIMINARILY APPROVING THE PLAN OF ALLOCATION OF THE
SETTLEMENT FUND TO BE INCLUDED IN THE NOTICE; AND SETTING A DATE
FOR THE FILING OF A MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Plaintiffs Stephen R. Levinson, Richard E. Layton, and the Dr. R. Layton P.A. 401(k) Plan ("Plaintiffs") hereby respectfully move the Court for an Order: (1) preliminarily approving the Settlement as set forth in the Stipulation of Settlement entered into by the Parties on July 19, 2013 (the "Settlement Agreement"); (2) approving the proposed Notice Program and directing that Notice be disseminated to the Class as proposed therein; (3) setting the deadline for filing an objection to the Settlement to be 60 days after the Notice Date; (4) scheduling the Final Fairness Hearing; (5) appointing Whatley Kallas, LLC as Class Counsel; (6) preliminarily approving the Plan of Allocation of the Settlement Fund to be

included in the Notice; and (7) setting a date for the filing of a motion for the award of attorneys' fees and expenses (the "Motion"). Defendant Westport National Bank has consented to the granting of this Motion. The Settlement Agreement is attached hereto as Exhibit 1.

This Motion is based on the reasons set forth in: (1) the Memorandum in Support of Motion for Preliminary Approval of Settlement Agreement; Approval of Form and Content of Notice to Class Members; Setting the Objection Deadline; Scheduling the Final Fairness Hearing; Appointing Whatley Kallas, LLP as Class Counsel; Preliminarily Approving the Plan of Allocation of the Settlement Fund To Be Included in the Notice; and Setting a Date for the Filing of a Motion for an Award of Attorneys' Fees and Expenses; (2) the Declaration of Joe R. Whatley, Jr. and its annexed exhibits submitted herewith; (3) the files and records in this case; and (4) any oral argument the Court will hear at any Preliminary Approval Hearing held by the Court on the Joint Motion.

July 19, 2013

                                        Respectfully submitted,

                                          /s/
                                        Joe R. Whatley, Esq.
                                        Edith M. Kallas, Esq.
                                        Ilze C. Thielmann, Esq.
                                        WHATLEY DRAKE & KALLAS, LLC
                                        1540 Broadway, 37th Floor
                                        New York, NY 10036
                                        Tel: (212) 447-7070
                                        Fax: (212) 447-7077

                                        *Attorneys for Plaintiffs*

2

## **CERTIFICATION**

  I certify that on July 19, 2013, a copy of this document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 /s/ Ilze C. Thielmann
                  Ilze C. Thielmann